UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL BATES,

       Petitioner,

                                        Case No. 1:16-cv-985

v.

                                        HONORABLE PAUL L. MALONEY

TOM MACKIE,

       Respondent,

_____/

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.  A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:  July 20, 2017                                     /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge